

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-13-00353-CR
_____

**TERRY FIELDER, APPELLANT**

V.

**THE STATE OF TEXAS, APPELLEE**

On Appeal from the 361st District Court
Brazos County, Texas
Trial Court No. 11-02991-CRF-361; Honorable Steve Smith, Presiding

December 8, 2014

## ORDER OF SEVERANCE

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

On June 16, 2011, pursuant to a single, three-count indictment in cause number 11-02991-CRF-361, Appellant, Terry Fielder, was charged with aggravated robbery, with each count alleged to have occurred on or about April 10, 2011. The trial court entered three separate judgments—assessing thirty year sentences ordered to run concurrently. The judgment entered as to Count I contains an assessment of court costs and restitution, whereas the judgments entered as to Counts II and III contain only

an assessment of court costs. Appellant filed a single notice of appeal "from judgment rendered against him."

Because this appeal involves three separate judgments, for purposes of clarity, we *sua sponte* sever this appeal into separate cause numbers, one as to each judgment. Henceforth, the appeal of the judgment entered as to Count I will bear appellate Cause Number 07-13-00353-CR, whereas the appeal of the judgment entered as to Count II will bear appellate Cause Number 07-14-00423-CR, and the judgment entered as to Count III will bear appellate Cause Number 07-14-00424-CR. All filings, specifically including the Clerk's Record, Reporter's Record and all briefing filed in Cause Number 07-13-00353-CR shall be considered as being filed in the companion cases.

It is so ordered.

Per Curiam